■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONALD L. JOHNSON, Appellant. (Appeal No. 1.) [807 NYS2d 914]— Appeal from a judgment of the Supreme Court, Erie County (Penny M. Wolfgang, J.), rendered February 25, 2004. The judgment convicted defendant, upon his plea of guilty, of unauthorized use of a vehicle in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Pigott, Jr., P.J., Hurlbutt, Gorski, Green and Hayes, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONALD L. JOHNSON, Appellant. (Appeal No. 2.) [807 NYS2d 913]— Appeal from a judgment of the Supreme Court, Erie County (Penny M. Wolfgang, J.), rendered February 25, 2004. The judgment convicted defendant, upon his plea of guilty, of attempted robbery in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Pigott, Jr., P.J., Hurlbutt, Gorski, Green and Hayes, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONALD L. JOHNSON, Appellant. (Appeal No. 3.) [807 NYS2d 913]— Appeal from a judgment of the Supreme Court, Erie County (Penny M. Wolfgang, J.), rendered February 25, 2004. The judgment convicted defendant, upon his plea of guilty, of reckless endangerment in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Pigott, Jr., P.J., Hurlbutt, Gorski, Green and Hayes, JJ.